# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                                               Case No. 08-CR-284

KIZZIE R. LESURE,

        Defendant.

_____

## ORDER

On February 17, 2009, United States Magistrate Judge Aaron E. Goodstein issued a recommendation that this court deny defendant Kizzie R. Lesure's ("Lesure") motion to suppress statements made, and physical evidence recovered, during the course of Lesure's detention and arrest. Neither party has filed a timely objection to the recommendation as required by 28 U.S.C. § 636(b)(1) and Local Rule 72.3. Moreover, since the filing of Magistrate Goodstein's recommendation, Lesure has plead guilty to the single count indictment against her. After reviewing the recommendation, the court adopts it in its entirety and denies Lesure's motion to suppress. *See United States v. Edwards*, 894 F.Supp. 340, 341 (E.D.Wis. 1995) (holding *de novo* review only required for portions of magistrate's recommendation to which timely object is made).

        Accordingly,

**IT IS ORDERED** that the February 17, 2009, recommendation of Magistrate Goodstein that defendant's motion to suppress evidence be denied (Docket #27) be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that defendant Kizzie R. Lesure's motion to suppress evidence (Docket #11) be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 6th day of March, 2009.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge