# United States District Court
## Eastern District of Wisconsin

UNITED STATES OF AMERICA

**JUDGMENT IN A CRIMINAL CASE**

V.

**Case Number: 08-CR-284**
**Marshal Number: 09825-089**

KIZZIE R. LESURE

Calvin R. Malone
Defendant's Attorney

Keith S. Alexander
Assistant United States Attorney

**THE DEFENDANT:**
Pled guilty to Count One of the Indictment.

| Title & Section | Nature of Offense | Date Concluded | Count(s) |
|---|---|---|---|
| 18 U.S.C. §§ 922(a)(6) and 924(a)(2) | Making False Statements to a Firearms Dealer | 9/7/08 | 1 |

The defendant is sentenced as provided in sheets 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Date Sentence Imposed: July 31, 2009

J. P. Stadtmueller
U.S. District Judge

July 31, 2009

Date Judgment Signed

AO 245B (Rev.06/05) Sheet 2 - Imprisonment

Defendant: Kizzie R. Lesure
Case Number: 08-CR-284

## IMPRISONMENT

    The defendant is hereby sentenced to a term of imprisonment of time served for related conduct in Milwaukee County Circuit Court case number 08CF4610 as to Count One of the Indictment.

Defendant: Kizzie R. Lesure
Case Number: 08-CR-284

# SUPERVISED RELEASE

The defendant shall be on supervised release for a total term of two (2) years as to Count One of the Indictment. This term of supervised release shall commence on today's date.

While on supervised release, the defendant shall not commit another federal, state, or local crime and shall comply with the following special conditions:

1. The defendant is not to possess any firearms or other dangerous weapons.

2. Pursuant to the Violent Crime Control and Law Enforcement Act of 1994, the defendant shall not illegally possess any controlled substance. Such possession will result in revocation of the supervised release term and the defendant will be obliged to serve a further term in prison. The defendant shall refrain from any unlawful use of a controlled substance.

3. The defendant shall cooperate in the collection of DNA under the direction of her supervising probation officer.

4. The defendant shall participate in a mental health treatment program and shall take any and all prescribed medications as directed by the treatment provider and participate in any psychological/psychiatric evaluation and counseling as approved by her supervising probation officer. The defendant shall pay the cost of such treatment under the direction of her supervising probation officer.

The court finds there is a low risk of future substance abuse by the defendant based on the presentence report and, therefore, waives the drug testing requirements specified by the Violent Crime Control and Law Enforcement Act of 1994.

AO 245B (Rev.06/05) Sheet 4 - Supervised Release

Defendant: Kizzie R. Lesure
Case Number: 08-CR-284

## STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall not leave the judicial district without the permission of the court or her supervising probation officer.

2. The defendant shall report to her supervising probation officer and shall submit a truthful and complete written report within the first five days of each month.

3. The defendant shall answer truthfully all inquiries by her supervising probation officer and follow the instructions of her supervising probation officer.

4. The defendant shall support her dependents and meet other family responsibilities.

5. The defendant shall work regularly at a lawful occupation unless excused by her supervising probation officer for schooling, training, or other acceptable reasons.

6. The defendant shall notify her supervising probation officer ten days prior to any change in residence or employment.

7. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

9. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by her supervising probation officer.

10. The defendant shall permit a probation officer to visit her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of her supervising probation officer.

11. The defendant shall notify her supervising probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

13. As directed by her supervising probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit her supervising probation officer to make such notification and to confirm the defendant's compliance with such notification requirement.

Defendant: Kizzie R. Lesure
Case Number: 08-CR-284

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 6.

|  | **Special Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **Totals:** | $100.00 | None | None |

## FINE

Based upon the defendant's limited financial resources, the court determines that the defendant does not have the financial ability to pay a fine within the guideline range. The court determines that the defendant does not have the financial ability to pay the interest on the fine, costs of incarceration, community confinement and supervision and therefore waives the interest on the fine, costs of incarceration, costs of community confinement and supervision in this case.

AO 245B (Rev.06/05) Sheet 6 - Schedule of Payments

Defendant: Kizzie R. Lesure
Case Number: 08-CR-284

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment

Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All Criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program are to be made as directed by the court, her supervising probation officer, or the United States Attorney.